1  Darryl C. Carter
2  690 Albany Avenue, Apt. 2K
3  Brooklyn, NY 11203-2155
   Phone: (469) 664-7728
4  Email: dcclawinfo@legalhotwater.com
5
6  *Attorney Pro Se for Plaintiff*

**FILED**

FEB 26 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

7
8  # UNITED STATES DISTRICT COURT
9  # FOR THE NORTHERN DISTRICT OF CALIFORNIA

*LB*

10
11  **CV 25 - 02033**
12  *Darryl C. Carter*,                    Case No.:

13              Plaintiff,                 **COMPLAINT FOR DAMAGES AND**
14                                         **EQUITABLE RELIEF**
              vs.
15
   *Meta Platforms Inc., Mark*              1. 1A Freedom of Speech
16  *Zuckerberg Chief Executive Officer;*      Censorship
17  *Ahmad Al-Dahle VP and Head of*         2. 1A Freedom of Religion
18  *GenAI; Does 1-25*                         Violation(s)
19                                         3. I.I.E.D
20                                         4. Right of Privacy
              Defendant(s)                 5. Gross Negligence
21
22                                         28 U.S.C. § 2201
23
24                                         **JURY TRIAL DEMANDED**
25
26  _____
27
28

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

### COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF
### 1

1
2                    TABLE OF CONTENTS
3  PARTIES.................................................................................................2
4  JURISDICTION AND VENUE..................................................................4
5  INTRODUCTION.....................................................................................4
6  FACTUAL BACKGROUND.......................................................................10
7  CAUSES OF ACTION.............................................................................28
8  COUNT I (First Amendment Freedom of Speech Censorship) (Damages,
9  Declaratory Relief; Injunctive Relief)....................................................28
10 COUNT II (First Amendment Freedom of Religion Violation(s)) (Damages,
   Declaratory Relief; Injunctive Relief)....................................................32
11
12 COUNT III (Intentional Infliction of Emotional Distress (I.I.E.D)) (Damages,
   Declaratory Relief; Injunctive Relief)....................................................36
13 COUNT IV (Right of Privacy) (Damages, Declaratory Relief; Injunctive Relief)
14 ..............................................................................................................40
15 COUNT V (Gross Negligence) (Damages, Declaratory Relief; Injunctive Relief)
   ..............................................................................................................45
16
17 PRAYER.................................................................................................50
18                          **PARTIES**
19                              1.
20    *Darryl C. Carter* is a natural person and the plaintiff in this action.

21 Plaintiff's current address is 690 Albany Avenue, Apt. 2K, Brooklyn, NY
22
23 11203-2155.
24
25                              2.
26    Defendant *Meta Platforms Inc.*, is a Delaware corporation which
27
28 *amended and restated its certificate of incorporation, on or around*

            **COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
                                 **2**

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

1  October 28, 2021, from *Facebook Inc.*, to *Meta Platforms Inc.*, authorized

2
3  by Chief Executive Officer, Mark Zuckerberg. On the *NASDAQ*, *Meta*

4  *Platforms Inc.*, (META), lists its corporate or primary business address
5
6  as: 1601 Willow Road, Menlo Park, California, 94025. Defendants *Meta*

7
8  *Platforms Inc.* (hereinafter **"MPI"**), *Mark Zuckerberg*, Chief Executive

9  Officer (hereinafter **"MZ CEO"**), and *Ahmad Al-Dahle* (hereinafter **"AD VP**
10
11  **GenAI"**), VP and Head of GenAI are all sued in their **OFFICIAL**

12
13  **CAPACITY**.

14                                                   3.
15
16      Upon information and belief, defendant(s) DOES 1-25 is/are

17
18  employees/workers/contractors, etc. employed at/by/through: 1.) *Meta*

19  *Platforms Inc.;* and/or 2.) The United States Department of Justice
20
21  (including one or more of its components *i.e.* The F.B.I, U.S. Marshal

22
23  Service); and/or 3.) One or more other agencies/persons of the

24  *Executive Branch of the United States i.e. CIA, etc; and/or 4.)* One or
25
26  members of Congress (and in particular, but not limited to, the House

27
28  of Representatives), who acting in cahoots give rise to the claims

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

**3**

*Darryl C. Carter vs. Meta Platform Inc., et al., Case No:*

identified in this instant action. Moreover, Defendant Mark Zuckerberg

on or around August 26, 2024 admitted[1] *Meta Platforms Inc.* (then

*Facebook Inc.*) to colluding with government officials in 2020 to censor

the speech of Americans *i.e.* political opponents, political viewpoint

silencing of free speech, censorship, etc. Plaintiff does not know the

identity of said DOES; but rather following some discovery and before

the closure of pre-trial matters, plaintiff will amend the complaint with

the true and correct identity of any such individuals.

## JURISDICTION AND VENUE

4.

Plaintiff brings this action per 28 U.S.C. § 1332. Venue is

appropriate per 28 U.S.C. § 1391 (b) (1).

5.

## INTRODUCTION

6.

---

[1] See **Foxbusiness.com**: Meta CEO Admits Biden-Harris admin pressured company to censor Americans, written by Greg Wehner, published, August 26, 2024 @ 10:21 pm EDT. See, **Reuters.com**: Zuckerberg says Biden administration pressured Meta to censor COVID-19 content, written by Gnaneshwar Rajan and Nandita Bose, published/updated on August 27, 2024 @ 4:01 pm EDT. See, also, **House Committee on the Judiciary judiciary.house.gov**: Jordan demands Big Tech records detailing 'collusion' with Biden admin to censor conservatives, written by Brooke Singman of FoxNews, published on December 14, 2022. See, also, **Murthy vs. Missouri**, SCOTUS 23-411, Decided June 26, 2024.

## COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

1

2

3    The touchstone of the relationship between plaintiff, **MPI, MZ**

**CEO, AD VP GenAI**, and **DOES** is demonstrative of how large

4    corporations collude with [federal] government officials to achieve that

5

6    which the government cannot achieve, legally, on its own *i.e.* an end

7

8    run around the fist amendment of the *United States Constitution* in

9    direct violation of plaintiff's free speech and freedom of religious

10

11    choice rights, etc.

12

13    7.

14    Facebook knew exactly, as to the extent of its actions, as this is

15

16    not the first instance of the government coercing, then *Facebook Inc.*,

17

18    to censor free speech of Facebook accounts, which did not comport

19    with the narratives, ideals, and/or beliefs of the government. Since the

20

21    Constitution prohibits interference with free speech and freedom of

22

23    religious choice, by the government, the government turned to **MPI**,

24    *MZ CEO, AD VP GenAI, and/or DOES to do its bidding with respect to*

25

26    plaintiff's Facebook account *i.e.* "Darryl C. Carter" whereas the C. is

27

28    abbreviated for Chadwich.

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

**5**

8.

**MPI, MZ CEO, AD VP GenAI**, and/or **DOES** did not hesitate in doing the bidding of the government. Within a matter of three days or so, since creating and opening plaintiff's Facebook account, plaintiff's attempts to communicate with the real outside world were prohibited or restricted *i.e.* plaintiff was unable to find a single contact/family member/long time friend/etc., from years prior which he knows, to interact with on Facebook, all of which have active Facebook accounts *i.e.* Willie Mae Fountaine (Aunt), Curtis Fountaine (Cousin), Annetta Williams, Jerry Bradley, Michelle Wright, and many many others. The reason why plaintiff was unable to locate, not even a single contact from years prior, *ante*, is the practice of Facebook known as 'Sand boxing,' whereas plaintiff's account appears, from the outside looking in, to be real but his communications were restricted or prohibited, in whole or part, from reaching the general public and the real outside world *i.e.* Facebook censorship.

9.

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

**6**

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

1      A central and critical issue giving rise to the government coerced

2
3  censorship and 'Sand boxing' of plaintiff's Facebook account is due to a

4  federal government criminal cover up whereas plaintiff is allegedly
5
6  'Dead' to the outside world *i.e.* a law enforcement 'Black Ops' criminal[2]

7
8  cover up -- falsely and highly egregiously alleging plaintiff was a

9  member of a CIA and/or FBI 'Black Ops' team which on paper does not
10
11  exist and therefore none of its members exist. Furthermore, plaintiff's

12
13  Facebook account, *ante*, became riddled with spam posts, fake

14  Facebook account posts, Facebook's Generative AI bot Cyber stalking
15
16  and harassment posts, including death threats, berating plaintiff's

17
18  religious views and choices differing from Christianity, unequal

19
20  treatment with respect to Facebook's terms and conditions of usage

21  governing all accounts *i.e.* plaintiff's account was unilaterally restricted

22
23  numerous times for complaining of Cyber stalking, harassment, death

24  threats, *ante, the unlawful sharing of private information on Facebook*
25
26  by Facebook accounts linked to **MPI, MZ CEO, AD VP GenAI**, and/or

27
28
---
2    The heart of the government criminal cover up is rooted in identity theft or change of identity, and of course
     money crimes as is usually the case for crimes of this magnitude, construct, and choreograph.

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
**7**

**DOES** in stark violation of plaintiff's right to privacy coupled with

plaintiff's inability to manage and control his Facebook account *i.e.* for

several months plaintiff was prohibited from managing his password

and login credentials with Facebook, each time, alleging that despite

plaintiff entering the correct identifying information required to

change his credentials, that plaintiff was, also, required to enter a

WhatsApp code per a WhatsApp account plaintiff did not own nor had

no knowledge and recognition thereof.

10.

At no time was plaintiff ever able to reach a live person by

telephone or chat session to address any of his concerns, *ante*, as **MPI**,

**MZ CEO**, **AD VP GenAI** have demonstrated a policy of severely

restricting access to human beings for support, to the extent any such

support exists in lieu of Facebook's Generative AI bot direction.

*Instead, Facebook provided only a plethora of short Q&A workflows*

with Facebook predetermined areas of support and concerns with

multiple predetermined answers by Facebook. Additionally, most of

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

**8**

plaintiff's support issues or concerns were outside of the Q&A workflows, *ante*, or otherwise plaintiff had to select an option agreeing or consenting to a situation that did not apply in order to advance to the next step which ultimately suited Facebook's desired outcome or, otherwise, dismissing plaintiff's support issues and/or concerns altogether. Defendant **MZ CEO** sets the policies and practices for **MPI** which involves, for all intents and purposes, and 'All in' approach to Generative AI automation for almost everything which defendant **AD VP GenAI** is directly responsible for the alignment with defendant **MZ CEO's** business objectives surrounding the use of Generative AI. Collectively, **MZ CEO**, **MPI**, **AD VP GenAI**, and/or **DOES** knew or should have known that colluding with the government, *ante*, could have violated and did violate plaintiff's rights. Nonetheless, **MZ CEO**, **MPI**, **AD VP GenAI**, and/or **DOES** plowed ahead with intent to harm or with *[callous] disregard of the harm that would come to plaintiff because of* their actions and/or inaction.

11.

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FACTUAL BACKGROUND**

12.

On or around August 18, 2024, plaintiff posted the following comment on Facebook, per Facebook's 'Recommended for you': *"Are you surprised? WOKE = Broke and disaster. Like this Ghetto WOKE fool in the picture which Facebook allows but blocks my content,"* in reference to a "Suggested for you," account "Brat Thuggiana" with a black background and white text embedding in an image stating:"Fuck what you think." See image below.



**Darryl C Carter**
Are you surprised? WOKE =
Broke and disaster. Like this
WOKE ghetto fool in the
picture which Facebook
allows but blocks my
content.



*Figure 1: Facebook Account: Brat
Thuggiana - Fuck What you think.*

13.

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
**10**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On or around August 18, 2024 plaintiff was prohibited from using features of Facebook allegedly in "support of the community." See image below.



*Figure 2: Facebook restrictions on account feature usage.*

14.

On or around August 26, 2024, plaintiff posted a comment on Facebook to Facebook, New York State Police, the United States Marshal Service, and U.S. Senator Mike Lee with respect to complaints of civil and criminal misconduct by Facebook. See image below.

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**



*Figure 3: Plaintiff unable to manage his Facebook account routed to WhatsApp.*

15.

On or around September 1, 2024, plaintiff posted a comment to

several parties including U.S. Senators Rick Scott, John Kennedy, Josh

Hawley, Ted Cruz, Mike Lee, and House Reps. Matt Gaetz, Tom

McClintock, James Comer, and the New York State Police, complaining

of "Censorship, harassment, and doing the federal government's

bidding for sometime." See image below.

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

**12**

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

**Darryl C Carter**
Just now · 👥

Again, like I said Facebook is a Democrat Corruption Exposed entity which has been engaging in censorship, harrasment, and doing the federal government's bidding for sometime. Now Facebook claims a bunch of BS as a result of my complaints which actions of Facebook are clearly retailiatory coupled with a criminal movite. Has anyone ever heard of the alleged Facebook employee? And why is thei so-called Facebook employee's page hidden? Matt Gaetz Donald J. Trump Senator Rick Scott Senator Rick Scott Senator John Kennedy Senator Josh Hawley United States Senator Mike Lee Senator Ted Cruz Congressman James Comer Congressman Tom McClintock New York State Police

*Figure 4: Figure 3: Facebook post by plaintiff complaining of Facebook censorship, harassment, and doing the federal government's bidding.*

16.

On or around September 12, 2024, plaintiff posted a comment to Facebook, referring to Mark Zuckerberg, and including U.S. House Representative James Comer, The Senate Judiciary Committee, and U.S. Senators Ted Cruz, and Mike Lee, regarding "Hate speech, harassment, criminal violations, and several constitutional violations," directed to plaintiff's Facebook account. See image below.

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
**13**

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



*Figure 5: Plaintiff complaints of Facebook hate speech, harassment, criminal and constitutional violation targeting of plaintiff.*

17.

On or around September 13, 2024, plaintiff made a Facebook

post complaining of Facebook's WOKE alignment contributing to

*harassment which post was directed to several members of Congress*

including: U.S. Senators Mike Lee, J.D. Vance, Josh Hawley, Ted Cruz,

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
**14**

1    and U.S. House Reps. Matt Gaetz, Tom McClintock, and Ron Wright.

2

3    See image below.

4

5    **Darryl C Carter**
     5m · &

6

7    So Facebook decides what I shall digest on my timeline and the
     Facebook spam, harassment engine cannot be blocked as the below
8    illutrates. Zuckerboy has a problem and it's called Meta's alignment
     with WOKE and doing the federal government's bidding i.e.
9    censorship and interference with freedom of speech. Zuckerboy and
     his WOKE black racists do not get to decide what is racist while
10   themselves engaging in a racist campaign. You Congress folks talk a
     lot but seem to do little with Zuckerboy and co. What is this
11   promoting? Special rules for WOKE Blacks. United States Senator
12   Mike Lee Congressman Tom McClintock Matt Gaetz Donald J. Trump
13   Senator JD Vance Senator Ted Cruz Senator Josh Hawley
     Congressman James Comer Congressman Ron Wright

14

15   

16

17

18

19

20

21

22   *Figure 6: Facebook post by plaintiff to Congress complaining of Facebook*
23   *special favorable rules for its political allies.*

24

25                    18.

26

27

28

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

On January 02, 2025, 'lehoangkimhiem7979' posts a 'Funny' message on plaintiff's account stating: "When someone hurts too much. They'll stop keep trusting someone." See image below.



← **lehoangkimhiem7979** ⋮

**30** posts    **295** followers    **191** following

**Funny** ·
When someone hurts too much. They'll stop keep trusting someone.. 🥺
**See original**

Ⓕ **Facebook profile**

 Followed by **hanrycuong9568** and **dangnguyen6957**

**Follow**    **Message**    +👤

*Figure 7: 'lehoangkimhiem7979' whom plaintiff does not know posts on plaintiff's feed comments per his private business and affairs.*

19.

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

On or around January 11, 2025, plaintiff posted a comment to

several U.S. Senators including Josh Hawley, and Mike Lee regarding

the censorship of his Facebook account. See Image below.



*Figure 8: Figure 6: Facebook not allowing plaintiff to change password referring to an*

*unknown unowned WhatsApp account.*

20.

On or around January 22, 2025, plaintiff posted a notice that

Facebook would be sued which comment was directed to Facebook's

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

**17**

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

1  account, The San Francisco Chronicle, The County of San Francisco

2
3  government, and others. See image below.

4
5
6
7
8
9
10
11
12
13
14
15



*Figure 9: Plaintiff's Facebook comment on censorship to San Francisco County Government.*

20                                    21.

21  On or around February 2, 2025, plaintiff posted a comment on

22
23  the reel of U.S. Senator Mike Lee regarding the abuse of 702 FISA

24
25  PRISM. See image below.

26
27
28

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Comments and reactions**

**February 2, 2025**

 **Darryl C Carter** commented on **United States Senator Mike Lee's reel.**
United States Senator Mike LeeeHouse Oversight Committee United Nations Human Rights Arianna
Huffington The Daily Caller CBS News ABC News Translation: 1.) Congress has known about this problem •••
(flagrant 4th amendment violations under the banner of 702 FISA PRISM) or the likelihood of a problem for …
⊘ Public                                                                                                    9:13 AM

*Figure 10: Plaintiff's Facebook post to Senator Lee per censorship.*

22.

On or around February 3, 2025 the "Airplane Addicts" via

*"Gaming Content Creator"* (purple) *"God is Good,"* Facebook account

was posted on plaintiff's account. See image below.

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
**19**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



*Figure 11: Post on plaintiff's page per Airplane Addicts "God is Good."*

23.

On or around February 3, 2025, 'Sad mood' with the intro: "Delete

negative people, forget your past, accept your mistakes, restart your

life" posted on plaintiff's account See image below.

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
**20**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



# sad mood.

**8.9K** likes · **106K** followers

Delete negative people, forget your past, accept your mistakes, restart your life. 💗 😊



*Figure 12: Post on plaintiff's page per 'Sad mood' albeit plaintiff does not know this person.*

24.

On or around February 12, 2025, a post for U.S. Senator Josh

Hawley's was posted on plaintiff's feed which in pertinent part reads:

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

**21**

"Hawley makes push to allow parents to SUE tech companies." See image below.

 **Senator Josh Hawley**  ··· ✕

1d · 🌐

# Hawley makes push to allow parents to SUE tech companies
... See more

 **Senator Hawley Press Office** ✅
@SenHawleyPress

Hawley makes push to allow parents to SUE tech companies

"Social media platforms don't change because they don't have any incentive . . ."



Hawley makes push to allow parents to sue tech companies

From thehill.com

👍❤️😊 531                          199 Comments

*Figure 13: Facebook post per Senator Hawley makes push to sue Big Tech companies.*

25.

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
22

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

1         On or around February 17, 2025, a post (Story) by Roseanne Barr

2

3   (in color purple) was posted on plaintiff's page seen giving plaintiff the

4   double finger *i.e.* Fuck you sign/symbol.  See image below.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

**23**

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22





23  *Figure 14: Facebook story of Roseanne Barr (purple) giving plaintiff the double finger i.e.*
24  *shadow intelligence abuses.*

25                                  26.
26
27
28

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

24

1     On or around February 17, 2025, "Spirit Walker" posted on

2

3     plaintiff's account with the statement: "You're Fucking Stupid and

4     White." See image below.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

 **Spirit Walker** • Follow        ••• ✕
1d · 🌐

By Sam kerr.!


YOU'RE

FUCKING STUPID AND WHITE

Nat Han and 977 o... 735 Comm...

👍978        📞        ↪ 120

*Figure 15: Facebook post by 'Spirit Walker' calling plaintiff 'Stupid and White' - a racial remark.*

27.

On or around February 17, 2025, which was plaintiff's last time logging into and using his Facebook account, "Follow Jesus Christ's Profile" posted a horrific image on plaintiff's page showing an image of

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
**26**

Jesus Christ on one side and an image of "The devil" admonishing

plaintiff to "Follow Jesus Christ." This was one of about a dozen of so

images flooding plaintiff's account between February 12, 2025 up to

and through February 17, 2025. Plaintiff reported the incident to

Facebook, blocked the profile, and removed the post(s) from his

Facebook page, which continued to reappear after deletion and

reports to Facebook. See image below.

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

## What else would you like to do?

We won't let them know if you take any of these actions.

**You blocked Follow Jesus Christ's profile**
You won't be able to see or contact each other.

**Posts from Follow Jesus Christ hidden**
You won't see posts from Follow Jesus Christ in News Feed.

Undo

**Submitted to Facebook for Review**
You have submitted a report

*Figure 16: Facebook account 'Follow Jesus Christ' blocked via harassment for plaintiff's religious views.*

28.

# CAUSES OF ACTION
## COUNT I
### (First Amendment Freedom of Speech Censorship)
### (Damages, Declaratory Relief; Injunctive Relief)
### (Asserted Against Defendants MPI, MZ CEO, AD VP GenAI, and DOES 1-25)

29.

Plaintiff alleges and incorporates ¶¶ 1-27 as though fully set

forth herein including pictures in said sections of Facebook content

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
**28**

1  relative to plaintiff's Facebook account, to which plaintiff attests to the

2
3  same as authentic, true, and correct copies of said Facebook content.

4                                        30.

5
6      Plaintiff has a right to freedom of speech as expressly

7
8  pronounced via the United States Constitution. Albeit, the right to

9
10 freedom of speech generally relates to the government's intrusion on

11 said speech as opposed to the private sector, defendants **MPI, MZ**

12
13 **CEO, AD VP GenAI and DOES** operatives knew or should have known

14 that collectively they could be held liable for the invasion upon
15
16 plaintiff's free speech right when colluding with the government to

17
18 accomplish that which the government could not accomplish on its

19 own merits. Illustrative, "[A]lthough a "private entity is not ordinarily
20
21 constrained by the First Amendment,"*Halleck , 587 U.S.*, at ----, ----,

22
23 139 S.Ct., at 1930, 1944, it is if the government coerces or induces it to

24 *take action the government itself would not be permitted to do, such*
25
26 as censor expression of a lawful viewpoint." *Biden v. Knight First*

27
28 *Amendment Inst. at Columbia Univ.*, 141 S.Ct. 1220, 1226 (Mem) (2021).

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

**29**

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

31.

Defendant **MZ CEO** as the business policy setter and ultimate decision maker, along with his subordinate **AD VP** GenAI -- who heads the **MPI's** Generative AI practices, knew or should have known their business objectives, policies, and/or practices would chill plaintiff's free speech right which is echoed given this is not the first time **MZ CEO** has been called to task as to doing the government's bidding[3]. See, *Judiciary.house.gov* website article: ***Jordan demands Big Tech records detailing 'collusion' with Biden admin to censor conservatives***, written by Brooke Singman of FoxNews, published on December 14, 2022. Defendants' **MPI, MZ CEO, AD VP GenAI and DOES** interference with plaintiff's fundamental human and constitutional right to free speech is the direct and proximate cause of plaintiff's injuries including but not limited to censorship, sand boxing, and prohibiting plaintiff from

---

3   See **Foxbusiness.com**: Meta CEO Admits Biden-Harris admin pressured company to censor Americans, written by Greg Wehner, published, August 26, 2024 @ 10:21 pm EDT. See, **Reuters.com**: Zuckerberg says Biden administration pressured Meta to censor COVID-19 content, written by Gnaneshwar Rajan and Nandita Bose, published/updated on August 27, 2024 @ 4:01 pm EDT. See, also, House Committee on the Judiciary **judiciary.house.gov**: Jordan demands Big Tech records detailing 'collusion' with Biden admin to censor conservatives, written by Brooke Singman of FoxNews, published on December 14, 2022. See, also, **Murthy vs. Missouri**, SCOTUS 23-411, Decided June 26, 2024.

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
**30**

1  connecting with his long time family, friends, and former colleagues

2
3  pursuant perfection of a criminal and/or civil cover up.

4                                    32.

5

6  Plaintiff seeks compensatory damages of $5,000,000 for which all

7
8  defendants are jointly liable or to the extent the law allows. Plaintiff

9  further seeks exemplary damages per C.C.C. § 3294 given defendants'

10
11  **MPI, MZ CEO, AD VP GenAI and DOES** highly egregious, outrageous,

12
13  and/or malicious driven behavior illustrative per ¶¶ 14-17, 19-21.

14                                    33.

15

16  Plaintiff seeks a declaration that Defendants **MPI, MZ CEO, AD VP**

17
18  **GenAI and DOES** colluded to interfere with plaintiff's free speech right

19
20  with full knowledge as to their actions and the liability that could flow

21  from the same; that defendants actions were highly egregious,

22
23  outrageous, and/or malice driven, with the design and/or intent to

24
25  harm plaintiff's right to free speech. Plaintiff further seeks to enjoin

26  (temporarily, preliminarily, and permanently) against defendants **MPI,**

27
28  **MZ CEO, AD VP GenAI** from establishing and/or erecting any policy,

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

procedure, and/or practice the net effect of which is to censor, sand

box, or otherwise chill plaintiff's free speech right especially but not

limited to the perfection of a criminal/civil cover up.

34.

## COUNT II
### (First Amendment Freedom of Religion Violation(s))
### (Damages, Declaratory Relief; Injunctive Relief)
**(Asserted Against MPI, MZ CEO, AD VP GenAI, and DOES 1-25)**

35.

Plaintiff alleges and incorporates ¶¶ 1-27 as though fully set

forth herein including pictures in said sections of Facebook content

relative to plaintiff's Facebook account, to which plaintiff attests to the

same as authentic, true, and correct copies of said Facebook content.

36.

Plaintiff has a right to freedom of religion and assembly, related

thereto, as expressly pronounced via the United States Constitution.

Albeit, the right to freedom of religion generally relates to the

government's intrusion on said religious choice and assembly, as

opposed to the private sector, defendants **MPI, MZ CEO, AD VP GenAI**

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
**32**

1   **and DOES** operatives knew or should have known that collectively they

2
3   could be held liable for the invasion upon plaintiff's freedom of religion

4   right, when defendants decided to collude with the government to
5
6   accomplish that which the government could not accomplish alone. To

7
8   wit: "[A]lthough a "private entity is not ordinarily constrained by the

9   First Amendment,"Halleck , 587 U.S., at ----, ----, 139 S.Ct., at 1930,
10
11   1944, it is if the government coerces or induces it to take action the

12
13   government itself would not be permitted to do, such as censor

14   expression of a lawful viewpoint." *Biden v. Knight First Amendment Inst.*
15
16   *at Columbia Univ.*, 141 S.Ct. 1220, 1226 (Mem) (2021).

17
18                                      37.

19   Defendant **MZ CEO** as the ultimate business policy decision
20
21   maker and his subordinate **AD VP GenAI**, who heads the **MPI's**

22
23   Generative AI practices, knew or should have known their business

24   *objectives, policies, and/or practices would or could result in the*
25
26   demonizing of plaintiff's freedom of religious choice which is echoed

27
28   given this is not the first time **MZ CEO** has been called to task as to

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

**33**

doing the government's bidding[4]. See, Foxbusiness.com article: **Meta CEO Admits Biden-Harris admin pressured company to censor Americans**, written by Greg Wehner, published, August 26, 2024. Defendants' **MPI, MZ CEO, AD VP GenAI and DOES** interference with plaintiff's fundamental human and Constitutional right to freedom of religious choice is not subject to the approval and/or scrutiny of any of and all of the defendants and is therefore the direct and proximate cause of plaintiff's injuries including but not limited to severe emotional distress, censorship, injury to his rights, repeatedly berating plaintiff, repeatedly consuming plaintiff's time blocking Facebook accounts and sending Facebook reports rather than using Facebook for its intended purpose(s) *i.e.* connecting with and staying connected with family, friends, loved ones, colleagues, etc. Plaintiff's injuries are furthered given Defendants' **MPI, MZ CEO, AD VP GenAI and DOES** *design, intent, or plan to perfect a criminal and/or civil cover up.*

---

4  See **Foxbusiness.com**: Meta CEO Admits Biden-Harris admin pressured company to censor Americans, written by Greg Wehner, published, August 26, 2024 @ 10:21 pm EDT. See, **Reuters.com**: Zuckerberg says Biden administration pressured Meta to censor COVID-19 content, written by Gnaneshwar Rajan and Nandita Bose, published/updated on August 27, 2024 @ 4:01 pm EDT. See, also, House Committee on the Judiciary **judiciary.house.gov**: Jordan demands Big Tech records detailing 'collusion' with Biden admin to censor conservatives, written by Brooke Singman of FoxNews, published on December 14, 2022. See, also, **Murthy vs. Missouri**, SCOTUS 23-411, Decided June 26, 2024.

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

**34**

38.

Plaintiff seeks compensatory damages of $5,000,000 for which all defendants are jointly liable or to the extent the law allows. Plaintiff further seeks exemplary damages per C.C.C. § 3294 given defendants' **MPI, MZ CEO, AD VP GenAI and DOES** highly egregious, outrageous, and/or malicious driven behavior which is demonstrative, *prima facie*, { ¶ 27 } given the calculated intentional targeting, harassing, and death threats directed at plaintiff for having the gall to choose his own religious beliefs[5], if any, consistent with the United States Constitution.

39.

Plaintiff seeks a declaration that Defendants **MPI, MZ CEO, AD VP GenAI and DOES** colluded to interfere with plaintiff's right to religious *choice and assembly, related thereto, with full knowledge as to their*

___

5   Plaintiff's belief like those which historically lead to the development of numerous sects and religious organizations globally are the result of his own personal experiences and life. And while Facebook was quick to censor, admonish, badger, and harass plaintiff because of his religious views and beliefs none of the actors and/or operatives have lived plaintiff's life since just 2017 and experiencing none of plaintiff's experiences, travesties, and so forth, many involving a sideways government, contribution to turmoil, loss of relationships, and so forth. This includes being stranded in a foreign country involving the United States government in 2017-2018, and the loss of relationships thereto. Furthermore, plaintiff suffered tremendous losses from 2019 -2021 while a great number of Whites, Blacks, Hispanics, and politicians alike enjoyed prosperity and gain during the same period. Lastly, Caucasian Americans are believed to represent the largest group of Atheists in the United States and there religious beliefs are not only respected but not challenged and subject to the same restrictions as plaintiff encountered with his Facebook account. Thus, not only does plaintiff present a colorable claim for freedom of religious choice and assembly but demonstrates the unequal treatment and application of religious choice and assembly as it pertains to plaintiff in comparison to other Facebook patrons and users who, demonstrate alternative religious view including none at all.

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
**35**

1 actions and that liability could flow from the same; that defendants

2
3 actions were highly egregious, outrageous, and/or malice driven with

4 the design and intent to harm plaintiff and his rights. Plaintiff further
5
6 seeks to enjoin (temporarily, preliminarily, and permanently) against

7
8 defendants **MPI, MZ CEO, AD VP GenAI** from establishing and/or

9 erecting any policy, procedure, or practice the net effect of which is to
10
11 censor, sand box, or otherwise chill plaintiff's free speech right

12
13 especially but not limited to the context of perfecting a criminal/civil

14 cover up.
15

16 40.

17
18 ## COUNT III
19 (INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (I.I.E.D))
(DAMAGES, DECLARATORY RELIEF; INJUNCTIVE RELIEF)
20 **(Asserted Against Defendants MPI, MZ CEO, AD VP GenAI**, and
21 **DOES 1-25)**
22 41.
23

24 Plaintiff alleges and incorporates ¶¶ 1-27 as though fully set
25
26 forth herein including pictures in said sections of Facebook content

27

28

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
**36**

1  relative to plaintiff's Facebook account, to which plaintiff attests to the

2

3  same as authentic, true, and correct copies of said Facebook content.

4  42.

5

6  Defendants' **MPI, MZ CEO, AD VP GenAI and DOES** collusion at

7

8  the behest of the government was highly outrageous, sinister, and

9  aimed with the intent to cause plaintiff emotional distress or otherwise

10

11  an utter and reckless disregard as to the emotional distress that could

12

13  flow from its actions and/or inaction. *Illustrative*, Defendant **AD VP**

14  **GenAI** directed or allowed his AI bots to flood plaintiff's Facebook

15

16  account with all kinds of hate speech, death threats, racial remarks

17

18  calling plaintiff "White," berating plaintiff for his religious choices,

19  censorship, sand boxing, and the utter and complete failure to engage

20

21  a human to resolve any of these issues, anywhere along the way.

22

23  Moreover, said absence of humans to resolve plaintiff's issues was by

24  *design and/or gross negligence with respect to [not] having*

25

26  competent humans overseeing the behavior of Facebook's AI bot(s).

27

28  And **MZ CEO** set(s) the business policy directive(s) driving the conduct

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

**37**

of **MPI** while engaging **DOES** to, also, monitor, censor, sand box,

harass, Cyber stalk, and intercept-interfere with plaintiff's legitimate

communication attempts with the aim and/or intent to perfect a

criminal and/or civil cover up.

43.

Defendants' **MPI, MZ CEO, AD VP GenAI and DOES** behavior ¶

42 is stunning and represents a demoralizing betrayal of the

public's trust, since plaintiff, like others, sought to use Facebook

*to connect and stay connected with long time family, friends,*

colleagues, etc., to which plaintiff was prohibited from doing

which gave rise to a continuous pattern of prolonged emotional

distress since August 2024 and counting. Defendants' **MPI, MZ**

**CEO, AD VP GenAI and DOES** actions are the direct and proximate

cause of plaintiff's substantial and prolonged emotional duress driven

by its ill will for plaintiff, which is echoed by the joint venture of

defendants **MPI, MZ CEO, AD VP GenAI and DOES** to perfect a

criminal and/or civil criminal cover up.

44.

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
**38**

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

Plaintiff seeks compensatory damages of $2,000,000 for which all defendants are jointly liable or to the extent the law allows. Plaintiff further seeks exemplary damages per C.C.C. § 3294 given defendants' **MPI, MZ CEO, AD VP GenAI and DOES** highly egregious, outrageous, and/or malicious driven behavior which is illustrative on its face per ¶¶ 12-27.

45.

Plaintiff seeks a declaration that Defendants **MPI, MZ CEO, AD VP GenAI and DOES** colluded to cause plaintiff severe emotional distress; that defendants actions were highly egregious, outrageous, and/or malice driven with the design and intent to harm plaintiff's emotional well-being and his rights. Plaintiff further seeks to enjoin (temporarily, *preliminarily, and permanently) against defendants* **MPI, MZ CEO, AD VP GenAI** from the continuation of said acts, giving rise to severe emotional distress, including but not limited to interfering with or prohibiting plaintiff from interacting with his long time family, friends, colleagues, etc., caused by defendants **MPI, MZ CEO, AD VP GenAI**

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

**39**

censorship, sand box, and/or otherwise directing or allowing

Facebook's Generative AI bots to Cyber stalk, harass, badger, and flood

plaintiff's Facebook account with spam, junk, hate speech, death treats

-- collectively with the aim or intent of perfecting a criminal/civil cover

up.

46.

# COUNT IV
### (Right of Privacy)
### (Damages, Declaratory Relief; Injunctive Relief)

## (Asserted Against Defendants MPI, MZ CEO, AD VP GenAI, and DOES 1-25)

47.

Plaintiff alleges and incorporates ¶¶ 1-27 as though fully set

forth herein including pictures in said sections of Facebook content

relative to plaintiff's Facebook account, to which plaintiff attests to the

same as authentic, true, and correct copies of said Facebook content.

48.

Defendants **MPI and/or DOES** exposed or revealed private

information about plaintiff via use of its **AD VP GenAI** Generative AI

bot(s) as authorized or commissioned via one or more [business

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

**40**

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

objectives] policy/policies of **MZ CEO**. Such private information was
unlawfully captured and/or misused via the government's and/or
**MPI's** collection of a wide spectrum of information on everyone in the
United States, and as to **MPI** -- everyone that uses Facebook, etc. There
was never any valid purpose for the public disclosure of plaintiff's
sexual relationships and/or the dissemination of any and all unlawfully
possessed photographs related thereto.

49.

Any normal reasonable person would be highly perturb and
consider such acts as highly offensive, which can be found in the fact
that several states have specific laws against such behavior inasmuch
as such involves women as targets thereof. Defendants **MPI, MZ CEO,**
**AD VP GenAI and/or DOES** knew or should have known that any
reasonable minded person would be highly offended by the exposure
of his/her sexual relationship(s) and/or the distribution of photographs
related thereto via Facebook, yet Defendants **MPI, MZ CEO, AD VP**
**GenAI and/or DOES** exhibited little to no concern for the harm that

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

1  would come to plaintiff, which is furthered via the aim, intent, or

2
3  desired outcome to perfect a criminal and/or civil cover up which it

4  expected to perfect by shaming plaintiff publicly on the Facebook.

5

6                                    50.

7       Clearly, plaintiff did not consent to such public disclosure of his

8
9  private sexual relationship(s) and as such there could not be any

10
11 legitimate public concern of such information excepting to bring upon

12 injury, suffering, and pain, to plaintiff, via ill will, animus, and/or

13
14 malice, since no defendant has a right to such information nor to

15
16 posses any such photographs related thereto; let alone the fact that

17 *such is not only civil violative but likely a criminal violation.* And: "[T]he

18
19 right of privacy is purely personal. It cannot be asserted by anyone

20
21 other than the person whose privacy has been invaded." (*Moreno,*

22 supra, 172 Cal.App.4th at p. 1131). Plaintiff has been injured and his

23
24 injuries are the direct and proximate cause of defendants' **MPI, MZ**

25
26 **CEO, AD VP GenAI and/or DOES** actions. Plaintiff has experienced

27 extreme emotional distress, rendered helpless as Facebook does

28

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
**42**

1   whatever it wants to do with little to no oversight whatsoever – by the

2
3   California or Federal Department of Justice; let alone Facebook has a

4
5   policy or practice or directing support activities to its Generative AI

6   bots or other automated events thereby precluding contact with a live

7
8   person to ventilate these type of issues, which these specific events

9   never should have needed to be ventilated in the first place, given

10
11  none of the defendants had any right whatsoever to engage in such

12
13  public disclosure activity nor the possession of any photographic

14  material related thereto.

15

16                                    51.
17  *Plaintiff seeks compensatory damages of $5,000,000 for which all*
18
19  defendants are jointly liable or to the extent the law allows. To wit:

20
21  "California common law has generally followed Prosser's classification

22  of privacy interests as embodied in the Restatement." (*Hill v. National*
23
24  *Collegiate Athletic Assn*. (1994) 7 Cal.4th 1, 24 [26 Cal.Rptr.2d 834, 865

25
26  P.2d 633]. Plaintiff further seeks exemplary damages per C.C.C. § 3294

27
28

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
**43**

1    given defendants' **MPI, MZ CEO, AD VP GenAI and DOES** highly

2
3    egregious, outrageous, and/or malicious/ill will driven behavior.

4                                    52.

5        Plaintiff seeks a declaration that Defendants **MPI, MZ CEO, AD VP**
6
7    **GenAI and DOES** colluded to cause plaintiff severe emotional distress,

8
9    embarrassment, pain and suffering, damage to his personal and/or

10   business relationships, and community standing; that defendants
11
12   actions were highly egregious, outrageous, and/or malice driven with
13
14   the design and intent to harm plaintiff's emotional well-being and his

15   rights. Plaintiff further seeks to enjoin (temporarily, preliminarily, and
16
17   permanently) against defendants **MPI, MZ CEO, AD VP GenAI** from the
18
19   continuation of the public disclosure of plaintiff's private life including

20   but not limited to his sexual relationship(s) and/or any photographic
21
22   material related thereto; to permanently barr the possession of any
23
24   such material by any and all defendants and for the court to oversee

25   the collection of any and all such material and the permanent
26
27   destruction of the same along with any and all copies or negatives
28
     related thereto.

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
**44**

53.

## COUNT V
### (GROSS NEGLIGENCE)
### (DAMAGES, DECLARATORY RELIEF; INJUNCTIVE RELIEF)
**(Asserted Against Defendants MPI, MZ CEO, AD VP GenAI, and DOES 1-25)**

54.

Plaintiff alleges and incorporates ¶¶ 1-27 as though fully set

forth herein including pictures in said sections of Facebook content

relative to plaintiff's Facebook account, to which plaintiff attests to the

*same as authentic, true, and correct copies of said Facebook content.*

55.

Defendants **MPI, MZ CEO, AD VP GenAI**, whether implied or

direct, had and has a duty to demonstrate proper care in the

collection, storage, retention, update, dissemination, security

management, and the internal-external third party access to plaintiff's

identifying information, account credentials, and account ownership

data-metadata. Defendants' **MPI, MZ CEO, AD VP GenAI** obligations

stem from its own business activities involving Facebook which is a

*internet application under* **MPI**, *which* **MZ CEO and MPI** *created*

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
**45**

knowing that it would be entirely responsible for the care of such data, *ante*, as expected by its user base.

56.

Defendants **MPI, MZ CEO, AD VP GenAI** breached their duty by woefully and utterly failing to manage the security of plaintiff's credentials such as to prevent unauthorized access. Furthermore, plaintiff was not permitted or prohibited for months, by defendants **MPI** and/or **AD VP GenAI** via its Generative AI bots and/or other *automated systems, with respect to changing his own credentials such as to enhance security on his end.* Furthermore, defendants **MPI** and/or, **AD VP GenAI** knew or should have known that their practices and/or procedures would or could lead to security breaches since defendants **MPI, MZ CEO, AD VP GenAI** as a business practice threw caution to the wind, with respect to enlisting Generative AI, while dismantling, in whole or part, the necessary human staff functions to address issues which **MPI's** Generative AI cannot address or is otherwise best left to the sound logic and ethical-moral compass of human beings. Illustrative, "Gross negligence has been said to mean

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

**46**

1  the want of even scant care or an extreme departure from the

2
3  ordinary standard of conduct." (*Van Meter v. Bent Constr. Co.* (1956) 46

4  Cal.2d 588, 594 [297 P.2d 644]; See, also, *Prosser on Torts* (1941) pg 260.
5
6  Moreover, **MZ CEO** as the ultimate decision maker signed off on or

7
8  directed the use of Generative AI as the way to pinch pennies *i.e.* the

9  use of computer and AI automation versus paying human beings,
10
11  which challenges **MZ CEO** business savvy per thinking, first and

12
13  foremost, as a developer versus a dutiful sound steward of public

14  investment assets in **MPI**. Illustrative, "Zuckerberg told investors in
15
16  Meta's last earnings call that AI would be key to the company's

17
18  earnings strategy. Meta expects to spend $65 Billion this year on AI."

19  And, "Meta said it would eliminate about 5% of its workforce,
20
21  which could mean almost 4,000 employees lose their jobs." See,

22
23  **businessinsider.com** article: Meta speeds up its hiring process for

24  *machine learning engineers as it cuts thousands o 'low performers,'*
25
26  written by Jyoti Mann, published February 10, 2025 @ 10:48 AM ET.

27
28                                   57.

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
**47**

Plaintiff has experienced and continues to experience a prolonged period of what can be characterized as hacking due to a likely data breach on **MPI's** applications and underlying database(s) *i.e.* Facebook, Instagram, etc., which is furthered given, then *Facebook Inc.*, is no stranger to data breaches as exposed in or around 2013 when Facebook was hacked via the failure to follow even rudimentary best practices in database security *i.e.* salt/hashing passwords, RDBMS table access management, SSL encryption of RDBMS connections, least privileged account access policies for RDBMS connections, etc., some of which issues, still exist today, coupled with inaction/inadequate action with respect to proactively managing account security and the availability of human staff to address issues which a Generative AI bot cannot address. **MPI's** human being failures as per **MZ CEO's** directive's in conjunctions with, **AD VP GenAI's**, Generative AI policies *and practices are more concerned with cost cutting and rolling out big* dollar developer AI toys, despite being a billion dollar corporation, rather than ensuring the availability, security, and integrity of **MPI's**

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
**48**

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

1  applications and/or services from a wholistic approach which would

2
3  include an investment in human beings (especially and in particular

4
5  customer/client/patron account support requests), training, coaching,

6  and disciplining, etc., *i.e.* Facebook, Instagram, etc.

7

8  58.

9  Plaintiff seeks compensatory damages of $5,000,000 for which all

10
11  defendants are jointly liable or to the extent the law allows. Plaintiff

12
13  further seeks exemplary damages per C.C.C. § 3294 given defendants'

14  **MPI, MZ CEO, AD VP GenAI and DOES** highly egregious, outrageous,

15
16  and/or malicious/ill will driven behavior, *ante*.

17

18  59.

18  Plaintiff seeks a declaration that Defendants **MPI, MZ CEO, AD VP**

19
20  **GenAI** acted in gross or extraordinary want of care with the data and

21
22  information management of plaintiff's Facebook and/or Instagram

23
24  account(s) by failing to ensure plaintiff, at all times, had control over

25  over his login credential and updating thereof; that plaintiff's Facebook

26
27  and/or Instagram account(s) were unilaterally punished, censored,

28  sand boxed for behaviors {¶¶ 12-27} and/or security incidents which

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
**49**

were caused by defendants' **MPI, MZ CEO, AD VP GenAI's** profound

negligence bordering intent. Plaintiff further seeks to enjoin

(temporarily, preliminarily, and permanently) against defendants **MPI,**

**MZ CEO, AD VP GenAI** from its Generative AI bot directives, policies,

and/or practices absent, at all times, the sound logic, ethical-moral

compass of human beings overseeing Generative AI bot activities; to

oversee the roll-out of tangible, meaningful, and substantive,

Generative AI management practices such as to ensure **MPI's**

Generative AI bot(s) cannot be used as an end run around well

established *stare decisis* in which the same conduct by human beings

would readily be determined as violative and met with one or more

adverse judgments against defendants **MPI, MZ CEO, AD VP GenAI**.

60.
### PRAYER
### JURY TRIAL DEMANDED

**WHEREFORE**, Plaintiff prays for judgment against defendants and

others as follows:

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
**50**

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

**Regarding the first claim of relief (First Amendment Freedom of Speech Censorship)**

1)      Plaintiff seeks compensatory damages of $5,000,000 for which all defendants are jointly liable or to the extent the law allows.

2)      Plaintiff seeks a declaration that Defendants MPI, MZ CEO, AD VP GenAI and DOES colluded to interfere with plaintiff's free speech right *with full knowledge as to their actions and the liability that could flow* from the same; that defendants actions were highly egregious, outrageous, and/or malice driven, with the design and/or intent to harm plaintiff's right to free speech.

3)      Plaintiff seeks exemplary damages per C.C.C. § 3294 as may be awarded by a jury at trial.

4)      Plaintiff further seeks to enjoin (temporarily, preliminarily, and permanently) against defendants MPI, MZ CEO, AD VP GenAI from establishing and/or erecting any policy, procedure, and/or practice the net effect of which is to censor, sand box, or otherwise chill plaintiff's free speech right especially but not limited to the perfection of a criminal/civil cover up.

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

**Darryl C. Carter vs. Meta Platform Inc., et al., Case No:**

**Regarding the second claim of relief (First Amendment Freedom of**

**Religion Violation(s)):**

1)    Plaintiff seeks compensatory damages of $5,000,000 for which all

defendants are jointly liable or to the extent the law allows.

2)    Plaintiff seeks exemplary damages per C.C.C. § 3294 as may be

awarded by a jury at trial.

3)    Plaintiff seeks a declaration that Defendants MPI, MZ CEO, AD VP

GenAI and DOES colluded to interfere with plaintiff's right to religious

choice and assembly, related thereto, with full knowledge as to their

actions and that liability could flow from the same; that defendants

actions were highly egregious, outrageous, and/or malice driven with

the design and intent to harm plaintiff and his rights.

4)    Plaintiff seeks to enjoin (temporarily, preliminarily, and

permanently) against defendants MPI, MZ CEO, AD VP GenAI from

establishing and/or erecting any policy, procedure, or practice the net

effect of which is to censor, sand box, or otherwise chill plaintiff's free

speech right especially but not limited to the context of perfecting a criminal/civil cover up.

**Regarding the third claim of relief (Intentional Infliction of Emotional Distress (I.I.E.D)):**

1) Plaintiff seeks compensatory damages of $2,000,000 for which all defendants are jointly liable or to the extent the law allows.

2) Plaintiff seeks exemplary damages per C.C.C. § 3294 as may be awarded by a jury at trial.

3) Plaintiff seeks a declaration that Defendants MPI, MZ CEO, AD VP GenAI and DOES colluded to cause plaintiff severe emotional distress; that defendants actions were highly egregious, outrageous, and/or malice driven with the design and intent to harm plaintiff's emotional well-being and his rights.

4) Plaintiff seeks to enjoin (temporarily, preliminarily, and permanently) against defendants MPI, MZ CEO, AD VP GenAI from the continuation of said acts, giving rise to severe emotional distress, including but not limited to interfering with or prohibiting plaintiff

from interacting with his long time family, friends, colleagues, etc.,

caused by defendants MPI, MZ CEO, AD VP GenAI censorship, sand

box, and/or otherwise directing or allowing Facebook's Generative AI

bots to Cyber stalk, harass, badger, and flood plaintiff's Facebook

account with spam, junk, hate speech, death treats -- collectively with

the aim or intent of perfecting a criminal/civil cover up.

**Regarding the fourth claim of relief (Right of Privacy):**

5)    Plaintiff seeks compensatory damages of $5,000,000 for which all

defendants are jointly liable or to the extent the law allows.

6)    Plaintiff seeks exemplary damages per C.C.C. § 3294 as may be

awarded by a jury at trial.

7)    Plaintiff seeks a declaration that Defendants MPI, MZ CEO, AD VP

GenAI and DOES colluded to cause plaintiff severe emotional distress,

embarrassment, pain and suffering, damage to his personal and/or

business relationships, and community standing; that defendants

actions were highly egregious, outrageous, and/or malice driven with

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

**54**

the design and intent to harm plaintiff's emotional well-being and his rights.

8)    Plaintiff seeks to enjoin (temporarily, preliminarily, and permanently) against defendants MPI, MZ CEO, AD VP GenAI from the continuation of the public disclosure of plaintiff's private life including but not limited to his sexual relationship(s) and/or any photographic material related thereto; to permanently barr the possession of any such material by any and all defendants and for the court to oversee the collection of any and all such material and the permanent destruction of the same along with any and all copies or negatives related thereto.

**Regarding the fifth claim of relief (Gross Negligence):**

9)    Plaintiff seeks compensatory damages of $5,000,000 for which all defendants are jointly liable or to the extent the law allows.

10)    *Plaintiff seeks exemplary damages per C.C.C. § 3294 as may be awarded by a jury at trial.*

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

**55**

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

11)    Plaintiff seeks a declaration that Defendants MPI, MZ CEO, AD VP

GenAI acted in gross or extraordinary want of care with the data and

information management of plaintiff's Facebook and/or Instagram

account(s) by failing to ensure plaintiff, at all times, had control over

over his login credential and updating thereof; that plaintiff Facebook

and/or Instagram account(s) were unilaterally punished, censored,

sand boxed for behaviors {¶¶ 12-27} and/or security incidents which

were caused defendants' MPI, MZ CEO, AD VP GenAI's profound

negligence bordering intent.

12)    Plaintiff seeks to enjoin (temporarily, preliminarily, and

permanently) against defendants MPI, MZ CEO, AD VP GenAI from its

Generative AI bot directives, policies, and/or practices absent, at all

times, the sound logic, ethical-moral compass of human beings

overseeing Generative AI bot activities; to oversee the roll-out of

tangible, meaningful, and substantive, Generative AI management

practices such as to ensure MPI's Generative AI bot(s) cannot be used

as an end run around well established stare decisis in which the same

Darryl C. Carter vs. Meta Platform Inc., et al., Case No:

conduct by human beings would readily be determined as violative

and met with one or more adverse judgments against defendants MPI,

MZ CEO, AD VP GenAI.

**Regarding all claims for relief:**

1)    An order for all defendants to pay any and all of plaintiff's costs

pursuant this action, including attorney fees, to the extent incurred,

pursuant the work expended for this action.

2)    Equitable recovery of plaintiff's time pursuing this action.

3)    Any further relief that the Court deems just and proper.

DATED: February 22, 2025

Darryl C. Carter, *Plaintiff*

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**
**57**

Darryl C. Carter vs. Meta Platform Inc., et al., Case No: