UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL CHADWICH CARTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS INC., et al.,<br><br>　　　　Defendants. | Case No. 25-cv-02033-SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE; DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. Nos. 14, 17 |

　　　　On February 26, 2025, self-represented plaintiff Darryl Chadwich Carter filed this lawsuit against Meta Platforms Inc., Mark Zuckerberg (Meta's CEO), and Ahmad Al-Dahle (VP and Head of GenAI) regarding issues related to Carter's Facebook account.

　　　　This case was originally assigned to Magistrate Judge Beeler. On March 3, 2025, Judge Beeler issued an order granting Carter's motion to proceed *in forma pauperis*. Dkt. No. 7. In an order filed March 5, 2025, Judge Beeler conducted a screening review of the complaint pursuant to 28 U.S.C. § 1915(e)(2). Dkt. No. 8. Judge Beeler concluded that the complaint failed to state a claim because (1) Carter failed to allege facts showing any state action as is necessary to bring a claim for a violation of the First Amendment; (2) to the extent Carter's claims against Meta stem from statements to others via its platform, those claims are likely barred by Section 230 of the Communications Decency Act and (3) the complaint did not allege facts in support of the elements of the state law claims for invasion of privacy, intentional infliction of emotional distress, and negligence. The order informed Carter that he could file a supplemental complaint to address the deficiencies by April 7, 2025.

　　　　Carter did not file an amended complaint, but did file several other pleadings. In order filed April 17, 2025, Judge Beeler found that Carter's filings did not address the deficiencies identified in the March 5 order or otherwise state a claim. Dkt. No. 14. Judge Beeler recommended that the case be reassigned to a district court judge and dismissed. Later that day, Carter filed a letter stating

1   that he was not required to file an objection to Judge Beeler's April 17 order, and claiming that
2   Judge Beeler's order was retaliatory.  Dkt. No. 15.
3         On April 18, 2025, this case was reassigned to the undersigned judge.  The Court has
4   reviewed the complaint and all other filings in the docket.  The Court agrees with Judge Beeler's
5   analysis regarding the legal insufficiency of the complaint and therefore ADOPTS the Report and
6   Recommendation and DISMISSES the complaint for failure to state a claim.  The Court DENIES
7   defendants' motion to dismiss as moot.

9   **IT IS SO ORDERED**.

11  Dated: May 2, 2025                                   _____
12                                                       SUSAN ILLSTON
                                                         United States District Judge

2