UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL CHADWICH CARTER,<br>　　　　Plaintiff,<br>　　v.<br>META PLATFORMS INC., *et al*.,<br>　　　　Defendants. | Case No. 25-cv-02033-SI<br><br>**JUDGMENT** |

　　The Court has dismissed the complaint for failure to state a claim. Judgment is hereby entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 2, 2025

_____
SUSAN ILLSTON
United States District Judge